# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

vs.                    4:99CR00190-001 SWW

ARLIN GENE CHEETER                    DEFENDANT

## ORDER

The government has requested that the Court continue the revocation hearing previously scheduled January 22, 2014 as to defendant, Arlin Gene Cheeter. The Court finds that this continuance should be granted.

IT IS THEREFORE ORDERED that the hearing is rescheduled for **MONDAY, FEBRUARY 13, 2014 AT 1:00 P.M. IN COURTROOM #389.**

DATED this 17th day of January 2014.

                                             /s/Susan Webber Wright

                                             UNITED STATES DISTRICT JUDGE