## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA											PLAINTIFF

vs.								4:99CR00190-001   SWW

ARLIN GENE CHEETER											DEFENDANT

## ORDER

Upon the oral request of defense counsel, the supervised release revocation hearing previously scheduled for February 13, 2014, is rescheduled to begin at *1:00 p.m. on TUESDAY, FEBRUARY 25, 2014 in Courtroom #389.*

*Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic device(s) into the courthouse for this proceeding.*

IT IS SO ORDERED this 22nd day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE